IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS and WIKO USA, INC., <br><br> Defendants. | C.A. No. 1:20-cv-00658-UNA <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A. (collectively, "Plaintiffs") certify the following:

Sisvel International S.A. declares that it is a wholly owned subsidiary of Fineur International S.A.  No publicly held corporation owns 10% or more of its stock.

3G Licensing S.A. declares that it is a wholly owned subsidiary of Sisvel International S.A.  No publicly held corporation owns 10% or more of its stock.

Sisvel S.p.A. declares that it is a wholly owned subsidiary of Sisvel International S.A. No publicly held corporation owns 10% or more of its stock.

Dated:  May 18, 2020                    DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs*

1