# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>WIKO SAS, and WIKO USA, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-00658-MN<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS WIKO SAS AND WIKO USA, INC.

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs, by and through their undersigned counsel, hereby respectfully requests that the Clerk enter a default judgment against Defendants, Wiko SAS and Wiko USA, Inc. (collectively "Wiko"), on the basis that Wiko has failed to timely answer or otherwise respond to Plaintiffs' Complaint (D.I. 1) in this action despite being properly served. In support of this request, Plaintiffs file herewith the Affidavit of Neil Benchell.

Dated: September 4, 2020

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
tdevlin@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on September 4, 2020 the foregoing document was served upon the following unrepresented Defendant via U.S.P.S. Priority Mail:

WIKO SAS and WIKO USA, INC.
c/o its Registered Agent
Xi Li
200 Continental Drive, Suite 400
Newark, DE 19713

                                                       DEVLIN LAW FIRM LLC

                                                       */s/ Timothy Devlin*
                                                       Timothy Devlin (No. 4241)
                                                       tdevlin@devlinlawfirm.com
                                                       1526 Gilpin Avenue
                                                       Wilmington, Delaware 19806
                                                       Telephone: (302) 449-9010
                                                       Facsimile: (302) 353-4251

                                                       *Attorneys for Plaintiffs*