IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>WIKO SAS, and WIKO USA, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-00658-MN<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Neil A. Benchell, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am Counsel in the firm of Devlin Law Firm LLC, counsel for Plaintiffs Sisvel International S.A. and 3G Licensing S.A., (collectively, "Sisvel" or "Plaintiffs") in this action.

2. Plaintiffs filed their Complaint in this action against Defendants Wiko SAS and Wiko USA, Inc. (collectively "Wiko") on May 15, 2020 (D.I. 1). A copy of the Complaint is attached hereto as Exhibit 1.

3. On July 10, 2020, Plaintiffs caused the summons and complaint to be served on Wiko through its Delaware registered agent Xi Li (D.I. 6). A copy of the executed summons is attached hereto as Exhibit 2.

4. Under the Federal Rules of Civil Procedure, and as indicated on this Court's docket (D.I. 10), Wiko's deadline to answer, move, or otherwise respond to Plaintiffs' complaint was July 31, 2020.

5. Neither Plaintiffs nor the Court has granted Wiko an extension of time to respond to the complaint.

6.  Wiko failed to plead, move or otherwise respond to Plaintiffs' Complaint as required by the Federal Rules of Civil Procedure.

7.  For this reason, Plaintiffs respectfully requests that the Clerk enter a default against Wiko pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America and the State of Delaware that the foregoing is true and correct.

Respectfully submitted,

Dated: September 4, 2020

DEVLIN LAW FIRM LLC

*/s/ Neil A. Benchell*
Neil A. Benchell (*pro hac vice*)
nbenchell@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 2, 2020, the foregoing document was served upon the following unrepresented Defendant via U.S.P.S. Priority Mail:

Wiko Corporation
c/o its Registered Agent
The Company Corporation
251 Little Falls Drive
Wilmington DE 19808

By: */s/ Timothy Devlin*
     Timothy Devlin