IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>WIKO SAS, and WIKO USA, INC.<br><br>Defendant. | **Civil Action No. 1:20-cv-00658-MN**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND PROPOSED ORDER
WITHDRAWING REQUEST TO ENTER DEFAULT AND
TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. (collectively "Sisvel") and Defendants Wiko SAS and Wiko USA, Inc. (collectively "Wiko"), subject to the approval of this honorable Court, that:

1. Sisvel's Request to the Clerk of the Court to Enter Default (D.I. 7) is hereby withdrawn; and

2. The time for Wiko to answer, move or otherwise respond to the Complaint in this action shall be extended to September 24, 2020.

Dated: September 10, 2020　　　　　　　DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Ave.
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs*

　　　　SO ORDERED this ___ day of _____, 2020.

　　　　_____
　　　　United States District Court Judge