# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., | |
| Plaintiffs, | Civil Action No. 1:20-cv-00658-MN |
| v. | JURY TRIAL DEMANDED |
| WIKO SAS and WIKO USA, INC., | |
| Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Amy M. Dudash of Morgan, Lewis & Bockius LLP as counsel for Defendants WIKO SAS and WIKO USA, Inc. in the above-referenced matter.

Dated: September 24, 2020        Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE  19801
Tel: +1.302.574.3000
amy.dudash@morganlewis.com

*Attorney for Defendants WIKO SAS and WIKO USA, Inc.*