IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS and WIKO USA, INC., <br><br> Defendants. | Civil Action No. 1:20-cv-00658-MN <br><br> JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of Bradford A. Cangro to represent Defendants WIKO SAS and WIKO USA, Inc. in the instant matter.

Dated: September 24, 2020

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE  19801
Tel: +1.302.574.3000
amy.dudash@morganlewis.com

*Attorney for Defendants WIKO SAS and WIKO USA, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is granted.

Date: _____                    _____
                                         United States District Court Judge