IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS and WIKO USA, INC., <br><br> Defendants. | Civil Action No. 1:20-cv-00658-MN <br><br> JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF ADDRESS
### FOR PRO HAC VICE COUNSEL BRADFORD A. CANGRO

PLEASE TAKE NOTICE that the law firm and address for Bradford A. Cangro, counsel for Defendants Wiko SAS and Wiko USA, Inc. in the above referenced action, has changed. The new firm and address are:

> **PV LAW LLP**
> 5335 Wisconsin Avenue, N.W.
> Suite 440
> Washington, D.C. 20015-2052
> T: (202) 869-4667
> F: (202) 888-3163
> E: bradford.cangro@pvuslaw.com

Date: November 30, 2020

Of Counsel:

PV LAW LLP

Bradford A. Cangro (admitted *pro hac vice*)
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Telephone:  202.869.4667
Fax:  202.888.3163
bradford.cangro@pvuslaw.com

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Amy M. Dudash*
Amy M. Dudash (#5741)
1201 N. Market Street
Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Defendants WIKO SAS and WIKO USA, Inc.*