

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

December 4, 2020

**VIA CM/ECF**

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

  Re: *Sisvel International S.A. and 3G Licensing S.A. v. Cradlepoint, Inc.* (C.A. No. 1:20-cv-00649-MN); *Honeywell International Inc.* (C.A. No. 1:20-cv-00652-MN); *Verifone, Inc.* (C.A. No. 1:20-cv-00656-MN); *Wiko SAS et al.* (C.A. No. 1:20-cv-00658-MN); *Dell, Inc.* (C.A. No. 1:20-cv-00651-MN); and *TCL Communication Technology Holdings Limited et al.* (C.A. No. 1:20-cv-00654-MN)

Dear Judge Noreika:

  Pursuant to the Court's November 4, 2020 Order, enclosed please find a Joint Proposed Scheduling Order.

  The parties have been able to reach agreement on all proposed deadlines in the schedule. The parties have further agreed to the following variations from the Court's standard scheduling order:

- In Paragraph 1, the parties agreed to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) within thirty days of the date the Court enters the Scheduling Order instead of five days.
- In Paragraph 1, the parties agreed to meet and confer regarding an ESI Order to be submitted on or before the date the parties submit a proposed Protective Order.
- In Paragraph 2, the parties included a separate date for the amendment of pleadings for inequitable conduct.
- In Paragraph 3, the parties agreed to submit a proposed protective order thirty days from the date the Court enters a Scheduling Order instead of ten days.
- In Paragraphs 7 (e), (f), (i), and (j), the parties included narrowing provisions as in the *Sisvel I* cases (D. Del. Case Nos. 1:19-cv-1142, -1143, -1144, -1247).
- In Paragraph 8(f)(i), the parties removed the requirement for reply expert reports.
- In Paragraph 8(g)(iii), the parties agreed to submit initial letters for discovery disputes

- seven days prior to the conference instead of four days.
- In Paragraph 9, the parties agreed to avoid duplicative discovery with the *Sisvel I* cases (D. Del. Case Nos. 1:19-cv-1142, -1143, -1144, -1247).
- In Paragraph 13, the parties agreed to submit a joint report regarding page limits for claim construction briefing on the same day as the Joint Claim Construction Chart.
- In Paragraph 15(c), the parties agreed to submit a joint letter to the Court stating their agreed or disputed proposals as to the number of pages to be permitted for case-dispositive motions and *Daubert* motions.
- In Paragraph 20, the parties agreed to submit a joint report to the Court stating their views as to the ordering of trials amongst Defendants on December 15, 2022.

Respectfully,

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs
Sisvel International S.A.,
3G Licensing S.A. and Sisvel S.p.A.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Valerie A. Caras (#6608)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
haynes@rlf.com
caras@rlf.com

Amanda Tessar
Roderick O'Dorisio
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
ATessar@perkinscoie.com
RODorisio@perkinscoie.com

DEVLIN LAW FIRM
December 4, 2020
Page 3 of 5

        Daniel T. Keese
        PERKINS COIE LLP
        1120 NW Couch Street, 10th Floor
        Portland, OR 97209-4128
        Telephone: 503.727.2000
        DKeese@perkinscoie.com

        *Attorneys for Defendant Cradlepoint, Inc.*


        K&L GATES LLP

        */s/ Steven L. Caponi*
        Steven L. Caponi (#3484)
        Matthew Goeller (#6283)
        600 N. King Street, Suite 901
        Wilmington, DE 19801
        (302) 416-7080
        steven.caponi@klgates.com
        matthew.goeller@klgates.com


        *Attorneys for Defendant Honeywell International, Inc.*


        POTTER ANDERSON & CORROON LLP

        */s/ Stephanie E. O'Byrne*
        David E. Moore (#3983)
        Stephanie E. O'Byrne (#4446)
        Bindu A. Palapura (#5370)
        Tracey E. Timlin (#6469)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE 19801
        (302) 984-6000
        dmoore@potteranderson.com
        sobyrne@potteranderson.com
        bpalapura@potteranderson.com
        ttimlin@potteranderson.com


        OF COUNSEL:

DEVLIN LAW FIRM
December 4, 2020
Page 4 of 5

    Carolyn Chang
    Hector J. Ribera
    Ryan J. Marton
    MARTON RIBERA SCHUMANN CHANG LLP
    548 Market Street, Suite 36117
    San Francisco, CA 94104
    Tel: (415) 360-2511

    *Attorneys for Defendant VeriFone, Inc.*


    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (#1014)
    Jeremy A. Tigan (#5239)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    jtigan@mnat.com
    OF COUNSEL:

    Josh Krevitt
    Benjamin Hershkowitz
    Paul E. Torchia
    Laura F. Corbin
    Florina Yezril
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166-0193
    (212) 351-4000

    Nathan R. Curtis
    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Suite 2100
    Dallas, TX 75201
    (214) 698-3100

    Jordan Bekier
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue,

DEVLIN LAW FIRM
December 4, 2020
Page 5 of 5

        Los Angeles, CA 90071-3197
        (213) 229-7000

        *Attorneys for Defendant Dell, Inc.*

        MORGAN, LEWIS & BOCKIUS LLP

        */s/ Amy M. Dudash*
        Amy M. Dudash (#5741)
        1201 N. Market Street
        Suite 2201
        Wilmington, DE 19801
        (302) 574-3000
        amy.dudash@morganlewis.com

        *Attorneys for Defendants TCL Communication Technology Holdings Limited, TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., and TCT Mobile (US) Holdings, Inc.*

        *Attorneys for Defendants WIKO SAS and WIKO USA, Inc.*

Enclosure
cc: Clerk of the Court (via CM/ECF, w/encl.)
   Counsel of Record (via CM/ECF, w/encl.)