## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS and WIKO USA, INC., <br><br> Defendants. | Civil Action No. 1:20-cv-00658-MN <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 7, 2021, a true and correct copy of (i) *Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* and (ii) *Defendants' Initial ESI Disclosures* was served via electronic mail on the following counsel of record for Plaintiff:

    Timothy Devlin
    Devlin Law Firm LLC
    1526 Gilpin Avenue
    Wilmington, DE 19806
    Phone: (302) 449-9010
    Fax: (302) 353-4251
    Email: tdevlin@devlinlawfirm.com

| | |
|---|---|
| Date: January 7, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| Of Counsel: | */s/ Amy M. Dudash* <br> Amy M. Dudash (#5741) |
| PV LAW LLP | 1201 N. Market Street <br> Suite 2201 |
| Bradford A. Cangro (admitted *pro hac vice*) <br> 5335 Wisconsin Avenue, N.W. <br> Suite 440 <br> Washington, D.C. 20015-2052 <br> Telephone: 202.869.4667 <br> Fax: 202.888.3163 <br> bradford.cangro@pvuslaw.com | Wilmington, Delaware 19801 <br> Telephone: 302.574.3000 <br> Fax: 302.574.3001 <br> amy.dudash@morganlewis.com <br><br> *Attorneys for Defendants WIKO SAS and WIKO USA, Inc.* |