IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and
SISVEL S.P.A.,

          Plaintiffs,

        v.

CRADLEPOINT, INC.,

          Defendant.

C.A. No. 20-649 (MN)

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and
SISVEL S.P.A.,

          Plaintiffs,

        v.

DELL, INC.,

          Defendant.

C.A. No. 20-651 (MN)

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and
SISVEL S.P.A.,

          Plaintiffs,

        v.

HONEYWELL INTERNATIONAL,
INC.,

          Defendant.

C.A. No. 20-652 (MN)

|  |  |  |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.P.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-654 (MN) |
| v. | ) ) | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., and TCT MOBILE (US) HOLDINGS INC., | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.P.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-656 (MN) |
| v. | ) ) | |
| VERIFONE, INC., | ) ) ) | |
| Defendant. | ) | |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.P.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-658 (MN) |
| v. | ) ) | |
| WIKO SAS and WIKO USA, INC., | ) ) ) | |
| Defendant. | ) | |

2

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Defendants' First Set of Common Interrogatories to Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. (Nos. 1-8)* were caused to be served on January 14, 2021 upon the following in the manner indicated:

Timothy Devlin, Esquire                                   *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant Dell Inc.*

OF COUNSEL:

Josh Krevitt
Benjamin Hershkowitz
Paul E. Torchia
Laura F. Corbin
Florina Yezril
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Nathan R. Curtis
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Jordan Bekier
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA  90071-3197
(213) 229-7000

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

January 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 14, 2021, upon the following in the manner indicated:

Timothy Devlin, Esquire                                          *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiff*


                                        */s/ Jeremy A. Tigan*
                                        _____
                                        Jeremy A. Tigan (#5239)