IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., <br> 3G LICENSING S.A., and SISVEL S.p.A, <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS and WIKO USA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-658-MN <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Morgan, Lewis & Bockius LLP hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as Delaware counsel for Defendants Wiko SAS and Wiko USA, Inc. in the above action.

| MORGAN, LEWIS & BOCKIUS LLP | ASHBY & GEDDES |
|---|---|
| */s/ Amy M. Dudash* | */s/ Steven J. Balick* |
| Amy M. Dudash (#5741) <br> 1201 N. Market Street <br> Suite 2201 <br> Wilmington, Delaware 19801 <br> (302) 574-3000 <br> amy.dudash@morganlewis.com | Steven J. Balick (#2114) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashbygeddes.com <br> amayo@ashbygeddes.com |

Dated: February 8, 2021

{01657115;v1 }