# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> CRADLEPOINT, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00649-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> DELL, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00651-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00652-MN |

| | |
|---|---|
| 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., and TCT MOBILE (US) HOLDINGS INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-00654-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>VERIFONE, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-00656-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>WIKO SAS, and WIKO USA, INC.<br><br>Defendants. | Civil Action No. 1:20-cv-00658-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>XIRGO TECHNOLOGIES, LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-00659-MN |

<h1 style="text-align:center">NOTICE OF SUPPLEMENTAL AUTHORITY</h1>

Pursuant to D. Del. LR 7.1.2(b), Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A. ("Plaintiffs" or "Sisvel") provides this notice of supplemental authority from the United States District Court in the Northern District of Texas, *Sisvel International, S.A., et al. v. ZTE (USA), Inc. and ZTE Corporation*, No 3:20-cv-01289-M, D.I. 43 (N.D. Tex. June 21, 2021), attached as Exhibit A. The opinion is related to Defendants' Motion to Stay Pending *Inter Partes* Review ("IPR"). The Texas court denied a similar motion as the one pending before this Court involving the same IPRs. Accordingly, Plaintiffs believe the opinion will assist the Court in evaluating Defendants' Motion to Stay.

Dated: June 22, 2021

DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs
Sisvel International S.A.,
3G Licensing S.A. and Sisvel S.p.A.*

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on June 22, 2021.

/s/ *Timothy Devlin*
Timothy Devlin